LAW OFFICES OF

# KOFFSKY & FELSEN, LLC

1200 SUMMER STREET, SUITE 201B
STAMFORD, CONNECTICUT 06905
(203) 327-1500
FACSIMILE (203) 327-7660
www.koffskyandfelsen.com

BRUCE D. KOFFSKY
AUDREY A. FELSEN

JANICE S. PIELERT
LEGAL ASSISTANT

222 PURCHASE STREET
SUITE 171
RYE BROOK, NY 10580-2101
(800) 637-3363

**SENT VIA FEDERAL EXPRESS**

February 28, 2008

RECEIVED
FEB 29 2008
CHAMBERS OF
JUDGE JOHN G. KOELTL

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/29/08

The Honorable John G. Koeltl, USDJ
United States District Court
Southern District of New York
500 Pearl Street
New York, NY  10007

RE:   United States of America v. Kevin Lynch
      Case No.: 07 CR 1162 (JGK)

Dear Judge Koeltl:

This office represents the defendant, Kevin Lynch, in the above-referenced matter pending before Your Honor.

The purpose of this letter is to request permission from the Court to allow my client to travel to Atlanta, Georgia from March 4, 2008 to March 5, 2008. This trip is necessary as Mr. Lynch has just been hired by a new employer, and is scheduled to undergo job training in Atlanta. He will be staying at, and undergoing training at the Sheraton Gateway Airport Hotel, 1900 Sullivan Road, Atlanta, GA 30334, Telephone: 770-997-1100.

Mr. Lynch has made tentative arrangements to fly to Atlanta on Tuesday, March 4, 2008, and to return to the District of Connecticut on Wednesday, March 5, 2008.

APPLICATION GRANTED
SO ORDERED

2/29/08

John G. Koeltl, U.S.D.J.

LAW OFFICES OF
# KOFFSKY & FELSEN, LLC

The Honorable John G. Koeltl, USDJ
February 28, 2008
Page Two


      The undersigned has spoken with AUSA Thomas Brown, who has indicated that the has no objection to the granting of the defendant's request.


                              Very truly yours,

                              Bruce D. Koffsky

BDK:jsp

cc: AUSA Thomas G.A. Brown
    United States Department of Justice
    Southern District of New York
    The Silvio J. Mollo Building
    One St. Andrew's Plaza
    New York, NY 10007

    USPO Megan Nagy
    Pre-trial Services Office
    United States Probation Department
    915 Lafayette Boulevard
    Bridgeport, CT 06604