```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/29/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES,

                Plaintiffs,

- against -

BENJAMIN CARDONA, ET AL.,

                Defendants.

07 Cr. 1162 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    Another conference is scheduled for **June 20, 2008 at 2:30 p.m.**

    Because an adjournment is needed to allow for the Government to complete discovery and for the defendant to review it, and to assure the effective assistance of counsel, the Court prospectively excludes the time from today, **April 24, 2008**, until **June 20, 2008** from Speedy Trial Act calculations. The Court finds that the ends of justice served by granting the continuance outweigh the best interest of the defendant and the public in a speedy trial. This Order is entered pursuant to 18 U.S.C. § 3161(h)(8)(A).

SO ORDERED.

Dated: New York, New York
       April 24, 2008

                                      John G. Koeltl
                             United States District Judge